# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
VISTA DEFENSE TECHNOLOGIES,         *
LLC,                                *
                                    *
            Protestor,              *
                                    *   No. 19-1094C
v.                                  *   Filed: August 16, 2019
                                    *
UNITED STATES,                      *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * *   *
```

**O R D E R**

The court is in receipt of protestor's Notice of Voluntary Dismissal, filed August 15, 2019. Pursuant to Rule 41(a)(1)(A) of the Rules of the United States Court of Federal Claims (2019), the court **ORDERS** that the above-captioned protest be **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

<u>s/Marian Blank Horn</u>
**MARIAN BLANK HORN**
         **Judge**